**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| SIMON SOP, | : | |
| Debtor. | : | Bankruptcy No. 16-12864-MDC |
| | : | |
| William C. Miler, | : | |
| Standing Trustee, | : | |
| Plaintiff, | : | Adversary No. 18-00256-MDC |
| v. | : | |
| Freedom Mortgage Corp., | : | |
| Defendant. | : | |

## STIPULATION AND AGREED ORDER RESOLVING TRUSTEE'S COMPLAINT FOR TURNOVER OF PROPERTY

In resolution of the Chapter 13 Standing Trustee's Complaint for Turnover of Property, it is hereby stipulated and agreed between the Plaintiff, William C. Miller, Standing Trustee ("Trustee") and Defendant, Freedom Mortgage Corp. ("Freedom") by and through its undersigned attorneys as follows:

1.      Debtor, Simon Sop ("Debtor") filed the above captioned bankruptcy case on April 22, 2016 and a Chapter 13 plan was confirmed on May 18, 2017.

2.      Trustee and Freedom agree that the Trustee inadvertently paid Freedom $6,977.07 and that said monies should be returned to Trustee.

NOW, THEREFORE, with the intent that the following shall be made an order of the Court:

1. Within thirty (30) days of the Court Order granting and/or approving this stipulation, Freedom, or its successors or assigns, will return to Trustee the sum of $6,977.07.

2. Upon receipt of $6,977.07 from Freedom, Trustee will take the necessary steps to mark this adversary action settled and ended.

3. The parties to this stipulation are responsible for their own costs and fees associated herewith.

DATE: November __, 2018

By: /s/ Kevin G. McDonald, Esquire
KML Law Group, P.C.
Kevin G. McDonald, Esquire
701 Market Street, Suite 5000
Philadelphia, PA 19106
(T) (215) 627-1322 (F) (215) 627-7734
kmcdonald@kmllawgroup.com

DATE: ~~November~~ December 3, 2018

By: /s/ Jacqulyn M Chandler
William C. Miller, Chapter 13 Standing Trustee

APPROVED and SO ORDERED by he Court this 11th day of December, 2018.

_____
HONORABLE MADELINE D. COLEMAN
U.S. BANKRUPTCY JUDGE