United States Bankruptcy Court
Eastern District of Pennsylvania

Miller,
    Plaintiff

Adv. Proc. No. 18-00256-mdc

Freedom Mortgage Corp.,
    Defendant

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: ChrissyW      Page 1 of 1      Date Rcvd: Dec 11, 2018
                      Form ID: pdf900      Total Noticed: 10

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 13, 2018.
ust      +BRENDA D. GISH,    Office of United States Trustee - U.S. D,    Federal Building,    228 Walnut Street, 11th Floor,    Harrisburg, PA 17101-1714
dft      +Freedom Mortgage Corp.,    10500 Kincaid Drive,    Fishers, IN 46037-9764

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty      +E-mail/Text: bncnotice@ph13trustee.com Dec 12 2018 03:06:32    WILLIAM C. MILLER,    Chapter 13 Trustee,    1234 Market Street,    Suite 1813,    Philadelphia, PA 19107-3704
smg      E-mail/Text: megan.harper@phila.gov Dec 12 2018 03:06:15    City of Philadelphia,    City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,    Philadelphia, PA 19102-1595
smg      E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 12 2018 03:05:54    Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,    Harrisburg, PA 17128-0946
smg      +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 12 2018 03:06:14    U.S. Attorney Office,    c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
ust      +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Dec 12 2018 03:06:07    Frederic J. Baker,    Office of United States Trustee,    833 Chestnut Street,    Suite 500,    Philadelphia, PA 19107-4405
ust      +E-mail/Text: USTPRegion03.WL.ECF@USDOJ.GOV Dec 12 2018 03:06:07    SHAKIMA L. DORTCH,    U.S. Dept. of Justice - U.S. Trustee,    844 N. King Street,    Suite 2207,    Wilmington, DE 19801-3519
ust      +E-mail/Text: USTPRegion03.HA.ECF@USDOJ.GOV Dec 12 2018 03:06:08    United States Trustee,    228 Walnut Street, Suite 1190,    Harrisburg, PA 17101-1722
ust      +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Dec 12 2018 03:06:07    United States Trustee,    Office of the U.S. Trustee,    833 Chestnut Street,    Suite 500,    Philadelphia, PA 19107-4405
                                                                                                                        TOTAL: 8

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 13, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 11, 2018 at the address(es) listed below:
         KEVIN G. MCDONALD    on behalf of Defendant    Freedom Mortgage Corp. bkgroup@kmllawgroup.com
         William C. Miller    philaecf@gmail.com,    ecfemails@ph13trustee.com
                                                                                                                         TOTAL: 2

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| SIMON SOP, | : | |
| Debtor. | : | Bankruptcy No. 16-12864-MDC |
| | : | |
| William C. Miler, | : | |
| Standing Trustee, | : | |
| Plaintiff, | : | Adversary No. 18-00256-MDC |
| v. | : | |
| Freedom Mortgage Corp., | : | |
| Defendant. | : | |

## STIPULATION AND AGREED ORDER RESOLVING TRUSTEE'S COMPLAINT FOR TURNOVER OF PROPERTY

In resolution of the Chapter 13 Standing Trustee's Complaint for Turnover of Property, it is hereby stipulated and agreed between the Plaintiff, William C. Miller, Standing Trustee ("Trustee") and Defendant, Freedom Mortgage Corp. ("Freedom") by and through its undersigned attorneys as follows:

1. Debtor, Simon Sop ("Debtor") filed the above captioned bankruptcy case on April 22, 2016 and a Chapter 13 plan was confirmed on May 18, 2017.

2. Trustee and Freedom agree that the Trustee inadvertently paid Freedom $6,977.07 and that said monies should be returned to Trustee.

NOW, THEREFORE, with the intent that the following shall be made an order of the Court:

1. Within thirty (30) days of the Court Order granting and/or approving this stipulation, Freedom, or its successors or assigns, will return to Trustee the sum of $6,977.07.

2. Upon receipt of $6,977.07 from Freedom, Trustee will take the necessary steps to mark this adversary action settled and ended.

3. The parties to this stipulation are responsible for their own costs and fees associated herewith.

DATE: November __, 2018

By: /s/ Kevin G. McDonald, Esquire
KML Law Group, P.C.
Kevin G. McDonald, Esquire
701 Market Street, Suite 5000
Philadelphia, PA 19106
(T) (215) 627-1322 (F) (215) 627-7734
kmcdonald@kmllawgroup.com

DATE: November 3, 2018 [December 3]

By: [signature]
William C. Miller, Chapter 13 Standing Trustee

APPROVED and SO ORDERED by he Court this 11th day of December, 2018.

[signature]
HONORABLE MADELINE D. COLEMAN
U.S. BANKRUPTCY JUDGE